**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| DANIEL AND GEORGINA RICCA, | : | |
| | : | Bky. No. 18-17880 PMM |
| Debtors. | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the chapter 7 Trustee's Objections to Claim Numbers 3 and 4 filed by D&P Private Lending, LLC ("D&P") (doc. no. 41, collectively, the "Objection");

**AND** upon consideration of D&P's Motions to Require Trustee to Dispose of Certain Funds (doc. nos. 34 and 36, collectively "the Motion");

AND following a hearing on the Objection and the Motion and for the reasons stated in the accompanying Memorandum Opinion:

It is hereby **ORDERED** that

1. The Objection is **overruled**.

2. The Motion is **granted**.

3. The Trustee is hereby **ordered** to distribute a total sum of $111,998.16 to D&P in satisfaction of secured claims 3 and 4 on or before **March 26, 2021**.

Date: February 26, 2021

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE